UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Khalil SHAHIN,

Petitioner,

v.

Christopher LaROSE, et al.,

Respondents.

Case No.:  26-cv-2591-AGS-MSB

**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING A BOND HEARING**

Petitioner Khalil Shahin seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. The "government concedes that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." (ECF 6, at 1.) Given respondents' concession, the Court **GRANTS** the petition and orders that petitioner receive such a bond hearing by May 15, 2026. All pending deadlines and hearings are vacated. The Clerk's Office is directed to issue a judgment and close this case.

Dated:  May 1, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

1

26-cv-2591-AGS-MSB